STATE v. INMAN

No. 258P91

Case below: 102 N.C.App. 824

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. MONTGOMERY

No. 293P91

Case below: 103 N.C.App. 171

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. MYERS

No. 284P91

Case below: 102 N.C.App. 824

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. NORFLEET

No. 292P91

Case below: 103 N.C.App. 172

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.